**Raymond L. BROWN, Plaintiff–Appellant,**

v.

**B.A. BLEDSOE, Warden, FCI Gilmer, Defendant–Appellee.**

No. 06–6687.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2006.

Decided: Jan. 3, 2007.

Raymond L. Brown, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond L. Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Bledsoe*, No. 1:04–cv–00018–WCB (N.D.W.Va. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*